No. 72–6995. JAMERSON ET AL. v. LENNOX, SHERIFF, ET AL. Affirmed on appeal from D. C. E. D. Pa. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–76. LUNG ET AL. v. O'CHESKEY ET AL. Affirmed on appeal from D. C. N. M. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–118. AMMEX WAREHOUSE Co., INC., ET AL. v. GALLMAN ET AL. Affirmed on appeal from D. C. N. D. N. Y. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–1489. TEXAS v. PRUETT. Appeal from C. A. 5th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment affirmed. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–1535. CHIMENTO v. STARK, SECRETARY OF STATE OF NEW HAMPSHIRE. Appeal from D. C. N. H. Motion to dispense with printing jurisdictional statement granted. Judgment affirmed.

No. 72–1675. NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC., ET AL. v. UNITED STATES ET AL.; and

No. 72–1676. BRAY LINES, INC., ET AL. v. UNITED STATES ET AL. Affirmed on appeals from D. C. W. D. Okla. Reported below: 353 F. Supp. 1240.